Frazier Appeal.

Argued December 10, 1971. *Sherwood Malamud*, for appellant; *Craig T. Stockdale*, Assistant County, Solicitor, with him *David J. Greenberg*, Assistant County Solicitor, and *Maurice Louik*, County Solicitor, for Commonwealth, appellee.

Order affirmed.

Goltsch *v.* Gerlach et ux., Appellants.

Argued December 9, 1971. *Carl G. Herr*, for appellants; *James F. Heinly*, for appellees.

Judgment affirmed.

Haines *v.* Household Finance Corporation, Appellant.

Argued December 10, 1971. *Paul L. McSorley*, with him *Robert A. Resnick*, and *McSorley and McSorley*, for appellant; *Anthony Caiazzo*, for appellee.

Appeal quashed.